

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     In re Monica Hardaway and Glenn Hardaway

Appellate case number:     01-17-00880-CV

Trial court case number:     17-CCV-059731

Trial court:     County Court at Law No. 4 of Fort Bend County

Relators, Monica Hardaway and Glenn Hardaway, have filed a petition for writ of mandamus seeking to vacate the trial court's judgment in a forcible detainer proceeding. And, relators have filed a "Motion to Reconsider Emergency Motion to Stay Any Execution of the Writ of Possession Related to the Emergency Petition for Writ of Mandamus and Fraud Upon the Court, Case No. 01-17-00880-CV." The motion is **denied**.

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                            ☒ Acting individually     ☐ Acting for the Court

Date: January 30, 2018